Certificate Number: 15317-LAE-CC-032183148



15317-LAE-CC-032183148

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 20, 2019</u>, at <u>2:52</u> o'clock <u>PM PST</u>, <u>Alicia A Belsom</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Louisiana</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>January 20, 2019</u>　　By: <u>/s/Glenn Crisostomo</u>

　　　　　　　　　　　　　　Name: <u>Glenn Crisostomo</u>

　　　　　　　　　　　　　　Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 15317-LAE-CC-032183178



15317-LAE-CC-032183178

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 20, 2019</u>, at <u>3:01</u> o'clock <u>PM PST</u>, <u>Christopher M Belsom</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Louisiana</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  January 20, 2019          By:    /s/Glenn Crisostomo

                                 Name:  Glenn Crisostomo

                                 Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).