**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Alicia A. Belsom** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7190** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Christopher M. Belsom** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9594** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Louisiana | | Date case filed for chapter  **7**   **1/20/19** |
| Case number:   **19–10166 Section B Office Code: 2** | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Alicia A. Belsom | Christopher M. Belsom |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 140 Four O'clock Lane <br> Westwego, LA 70094 | 140 Four O'clock Lane <br> Westwego, LA 70094 |
| 4. | **Debtor's attorney** <br> Name and address | Leo M. Prange III <br> 917 North Causeway Boulevard <br> Metairie, LA 70001 | Contact phone (504) 835–7833 <br> Email: lprange3@aol.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Wilbur J. (Bill) Babin Jr. <br> 3027 Ridgelake Drive <br> Metairie, LA 70002 | Contact phone (504) 833–8668 <br> Email: trusteebabin@wjbabin.com ––> |

**For more information, see page 2 >**

Debtor **Alicia A. Belsom** and **Christopher M. Belsom**     Case number **19–10166**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130 | Hours open:<br>8:30 – 4:30 Monday – Friday<br><br>Contact phone (504) 589–7878<br><br>Date: 1/20/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 28, 2019 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>At the meeting, the trustee may give oral notice of an intention to abandon estate property. | Location:<br><br>**F. Edward Hebert Federal Bldg, #111, 600 S. Maestri Street, New Orleans, LA 70130** |
| | Debtor(s) must provide picture identification and proof of social security number to the trustee. Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case.<br>**NOTICE:** FAILURE OF A DEBTOR TO ATTEND THE MEETING OF CREDITORS IS GROUNDS FOR IMMEDIATE DISMISSAL OF THIS BANKRUPTCY CASE BY THE COURT, WITHOUT FURTHER NOTICE TO THE DEBTOR, CREDITORS OR PARTIES OF INTEREST. | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/29/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **Financial Management Course:** | Certification About a Financial Management Course (Official Form 423) for individual chapter 7 debtor due 60 day after first date set for the meeting of creditors. | |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

```
                          United States Bankruptcy Court
                           Eastern District of Louisiana
In re:                                                              Case No. 19-10166-JAB
Alicia A. Belsom                                                    Chapter 7
Christopher M. Belsom
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 053L-2          User: admin              Page 1 of 2           Date Rcvd: Jan 21, 2019
                              Form ID: 309A            Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
db/db         +Alicia A. Belsom,    Christopher M. Belsom,   140 Four O'clock Lane,    Westwego, LA 70094-2202
smg           +Collector of Revenue,   City of New Orleans,   Department of Finance,
                1300 Perdido Street, RM 1W15,    New Orleans, LA 70112-2128
smg            Louisiana Department of Revenue,   Collection Division/Bankruptcy Section,    P. O. Box 66658,
                Baton Rouge, LA 70896-6658
smg            U. S. Attorney's Office,   Eastern District of Louisiana,    650 Poydras Street,   Suite 1600,
                New Orleans, LA 70130-7212
3691266       +AT&T Direct TV,    261 Beeson Dr.,   Ball, LA 71405-3194
3691264        Ace Cash Check Express,   5920 Veterans Blvd., Ste. 102,    Metairie, LA 70003
3691288     ++++BARRE' DENTAL CARE, INC.,    2645 MANHATTAN BLVD STE D5,   HARVEY LA 70058-3386
              (address filed with court: Barre' Dental Care, Inc.,    1545 Lapalco Blvd., Ste. D-5,
                Harvey, LA 70058)
3691267       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: CBNA,    50 NW Point Blvd.,   Elk Grove Village, IL 60007)
3691269       +DISH Network,   P.O. Box 3097,    Bloomington, IL 61702-3097
3691289       +Disney Movie Club,   P.O. Box 758,   Neenah, WI 54957-0758
3691271       +Equiant Financial Services,   5401 N. Pima Road, Ste. 150,    Scottsdale, AZ 85250-2630
3691273       +LSU Healthcare Network,   4228 Houma Blvd., #600A,    Metairie, LA 70006-3018
3691287       +Lucille Cherbonnier/Norbert School,    700 Dandelion Dr.,   Waggaman, LA 70094-2278
3691274       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar,    350 Highland Dr.,   Lewisville, TX 75067)
3691276       +Southern Credit Recovery,   3228 6th St., #201,   Metairie, LA 70002-1677
3691282        University Medical Center,   200 Canal St.,   New Orleans, LA 70112
3691285       +West Jefferson Medical Center,   1101 Medical Center Blvd.,    Marrero, LA 70072-3191
3691286       +West Jefferson Physician Service,   1101 Medical Center Blvd.,    Marrero, LA 70072-3191

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: lprange3@aol.com Jan 21 2019 18:58:48     Leo M. Prange, III,
                917 North Causeway Boulevard,    Metairie, LA 70001
tr            +EDI: BWJBABINJR.COM Jan 21 2019 23:58:00     Wilbur J. (Bill) Babin, Jr.,
                3027 Ridgelake Drive,    Metairie, LA 70002-4924
smg           +E-mail/Text: bankruptcy_bpc@lwc.la.gov Jan 21 2019 18:59:00     Louisiana Workforce Commission,
                UI Tax Liability and Adjudications,    Attn: Bankruptcy Unit,   1001 N. 23rd Street,
                Baton Rouge, LA 70802-3338
ust            E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Jan 21 2019 18:58:57     Office of the U.S. Trustee,
                400 Poydras Street,   Suite 2110,   New Orleans, LA 70130-3238
3691265       +EDI: AFNIRECOVERY.COM Jan 21 2019 23:58:00     Afni, Inc.,   P.O. Box 3517,
                Bloomington, IL 61702-3517
3691268       +E-mail/Text: bankruptcy@diamondresorts.com Jan 21 2019 18:58:55     Diamond Resorts,
                10600 W. Charleston Blvd.,    Las Vegas, NV 89135-1260
3691270       +E-mail/Text: bknotice@ercbpo.com Jan 21 2019 18:58:58     Enhanced Recovery,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
3691275       +EDI: NFCU.COM Jan 21 2019 23:58:00     Navy F.C.U.,   P.O. Box 3700,
                Merrifield, VA 22119-3700
3691277       +EDI: RMSC.COM Jan 21 2019 23:58:00     SYNCB/Amazon,   P.O. Box 965015,
                Orlando, FL 32896-5015
3691278       +EDI: RMSC.COM Jan 21 2019 23:58:00     SYNCB/Lowes,   P.O. box 956005,   Orlando, FL 32896-0001
3691279        EDI: RMSC.COM Jan 21 2019 23:58:00     SYNCB/Walmart,   P.O. Box 965024,   El Paso, TX 79998
3691280       +EDI: WTRRNBANK.COM Jan 21 2019 23:58:00     TD Bank USA/Target,   P.O. Box 673,
                Minneapolis, MN 55440-0673
3691281       +EDI: CITICORP.COM Jan 21 2019 23:58:00     Thd/CBNA,   P.O. Box 6497,
                Sioux Falls, SD 57117-6497
3691283        EDI: USAA.COM Jan 21 2019 23:58:00     USAA Savings Bank,   P.O. Box 47504,
                San Antonio, TX 78265
3691284       +EDI: WFFC.COM Jan 21 2019 23:58:00     Wells Fargo Dealer Service,   P.O. Box 1697,
                Winterville, NC 28590-1697
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3691272*      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: CBNA,    50 NW Point Blvd.,   Elk Grove Village, IL 60007)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 053L-2           User: admin              Page 2 of 2              Date Rcvd: Jan 21, 2019
                               Form ID: 309A            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2019 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```