PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING
DATE 02/28/19 08:30am

In re: BELSOM, ALICIA A.
BELSOM, CHRISTOPHER M.

Case No. 19-10166 JAB
SECTION B

**APPEARANCES:**

(✓) DEBTOR 1
    (✓) Required picture I.D. produced
    (✓) Required SSN verification produced
    (✓) Pay advices received

(✓) DEBTOR 2 (Wife in Joint Cases)
    (✓) Required picture I.D. produced
    (✓) Required SSN verification produced
    (✓) Pay advices received

Credit counseling certificate (✓) filed ( ) not filed
Tax returns received for _____2017_____ (years) on __2/4/19__
Financial Documents were (✓) retained by trustee ( ) returned to debtor(s)
( ) DEBTOR(S) REPRESENTATIVE _____
(✓) ATTORNEY FOR DEBTOR(S): _____
( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, debtor has completed pro se form?
THE MEETING OF CREDITORS WAS:
    (✓) HELD
        or
    ( ) NOT HELD
        or
    ( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____,
    2019 AT _____ O'CLOCK _____ .M.

YES (✓) NO ( ) Has attorney for debtor filed statement of compensation pursuant to 11 U.S.C. 329?

CREDITOR(S) _____
_____

**DEBTOR(S) REQUIRED TO:**

( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.

(✓) OTHER: __FILE 2018 TAXES BY 3/15/19.__
_____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
Non-exempt household furnishings, 140 FourOclock Lane, Westwego, Louisiana, 2009 Ford F150, Watches and costume jewelry, ~~Cash on Hand of $20.00, Funds on Deposit of $135.00~~, 2 cell phones
_____

ADDITIONAL NOTES: _____
_____

DATED: __02/28/19__      TRUSTEE __Bill Bohn__

TRACK # __1002__