**United States Bankruptcy Court**
**Eastern District of Louisiana, New Orleans Division**

**IN RE:**                                                                                                                           Case No. **19-10166**

**Belsom, Alicia A. & Belsom, Christopher M.**                          Chapter **7**

                                                Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **April 23, 2019**        Signature: ***/s/ Alicia A. Belsom***
                                            **Alicia A. Belsom**                                    Debtor

Date: **April 23, 2019**        Signature: ***/s/ Christopher M. Belsom***
                                            **Christopher M. Belsom**                      Joint Debtor, if any

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
Ace Check Cash Express
5920 Veterans Memorial Blvd Ste 102
Metairie, LA   70003-1760


Afni, Inc.
PO Box 3517
Bloomington, IL   61702-3517


Armstrong & Associates
PO Box 1787
Mobile, AL   36633-1787


AT& T Direct TV
261 Beeson Dr
Ball, LA   71405-3194


ATT wireless
PO Box 64378
Saint Paul, MN   55164-0378


Barre' Dental Care, Inc.
1545 Lapalco Blvd Ste D-5
Harvey, LA   70058-3378


Brinks Home Security
1990 Wittington Pl
Farmers Branch, TX   75234-1904
```

```
CBNA
50 NW Point Blvd
Elk Grove Village, IL  60007-1032


Diamond Resorts
10600 W Charleston Blvd
Las Vegas, NV  89135-1014


DISH Network
PO Box 3097
Bloomington, IL  61702-3097


Disney Movie Club
PO Box 758
Neenah, WI  54957-0758


Enhanced Recovery
8014 Bayberry Rd
Jacksonville, FL  32256-7412


Equiant Financial Svcs
5401 N Pima Rd Ste 150
Scottsdale, AZ  85250-2630


LSU Healthcare Network
4228 Houma Blvd # 600A
Metairie, LA  70006-3018
```

```
LSU Medical Center
4228 Houma Blvd # 600A
Metairie, LA  70006-3018


LucilleCherbonnier\Norbert Rillieux Elem
700 Dandelion Dr
Westwego, LA  70094-2278


Med 1 Solutions
517 US Highway 31 N
Greenwood, IN  46142-3932


Nationstar
350 Highland Dr
Lewisville, TX  75067-4177


Navy Federal Credit Union
PO Box 3700
Merrifield, VA  22119-3700


Ochsner Health System
517 US Highway 31 N
Greenwood, IN  46142-3932


Ochsner Helath Systems
517 US Highway 31 N
Greenwood, IN  46142-3932
```

```
Posigen Solar Solutions
819 Central Ave # 210
Jefferson, LA  70121-1359


Southern Credit Recovery
3228 6th St # 201
Metairie, LA  70002-1677


SYNCB/Amazon
PO Box 965015
Orlando, FL  32896-5015


syncb/lowes
PO Box 956005
Orlando, FL  32896


Syncb/Wal-Mart
PO Box 965024
El Paso, TX  79998


TD Bank USA/Target
PO Box 673
Minneapolis, MN  55440-0673


Thd/cbna
PO Box 6497
Sioux Falls, SD  57117-6497
```

```
University Medical Center
University Medical Center
200 Canal St
New Orleans, LA   70112


USAA Savings Bank
PO Box 47504
San Antonio, TX   78265-7504


Wells Fargo Dealer Svc
PO Box 1697
Winterville, NC   28590-1697


West Jefferson Medical Center
1101 Medical Center Blvd
Marrero, LA   70072-3147


West Jefferson Physician Service
1101 Medical Center Blvd
Marrero, LA   70072-3147
```

**Fill in this information to identify your case:**

Debtor 1: **Alicia A. Belsom**
First Name / Middle Name / Last Name

Debtor 2: **Christopher M. Belsom**
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION

Case number: **19-10166**
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7            12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Nationstar**<br>Description of property securing debt: **140 Four Oclock Ln, Westwego, LA 70094-2202** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **Wells Fargo Dealer Svc**<br>Description of property securing debt: **2009 Ford F150 Pickup 2WD** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Belsom, Alicia A. & Belsom, Christopher M.** | Case number *(if known)* **19-10166** |

| | |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

**Part 3: Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| | | | |
|---|---|---|---|
| **X** | **/s/ Alicia A. Belsom**<br>Alicia A. Belsom<br>Signature of Debtor 1 | **X** | **/s/ Christopher M. Belsom**<br>Christopher M. Belsom<br>Signature of Debtor 2 |
| Date | **April 23, 2019** | Date | **April 23, 2019** |

Official Form 108  **Statement of Intention for Individuals Filing Under Chapter 7**  page 2

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Alicia A. Belsom** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Christopher M. Belsom** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION | |
| Case number (if known) | **19-10166** | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                                12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Alicia A. Belsom**                    X **/s/ Christopher M. Belsom**
**Alicia A. Belsom**                            **Christopher M. Belsom**
Signature of Debtor 1                           Signature of Debtor 2

Date **April 23, 2019**                         Date **April 23, 2019**